UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | MDFL Case No. 8:11-CR-360-T-23EAJ |
| vs. | ) | EDTN Mag. No. 1:11-MJ-175 |
| | ) | |
| REYNOL TORRES-VALLEJO | ) | JUDGE CARTER |

<u>MEMORANDUM AND ORDER</u>

The defendant appeared for a hearing before the undersigned on July 1, 2004, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on the Indictment and Warrant for Arrest out of the Middle District of Florida at Tampa. Those present for the hearing included:

(1) AUSA Gregg Sullivan for the USA.
(2) The defendant, REYNOL TORRES-VALLEJO.
(3) Attorney Bryan Hoss (retained) for defendant.
(4) Deputy Clerk Kelli Jones.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was ascertained defendant had been provided with a copy of the Indictment and Warrant and had the opportunity of reviewing those documents with Atty. Hoss via an interpreter.

AUSA Sullivan moved defendant be detained without bail pending a hearing in the Middle District of Florida at Tampa.

<u>Findings</u>

(1) Explanation of Rule 20 of the Federal Rules of Criminal Procedure were made to the defendant. The defendant waived his Rule 5 identity hearing. The defendant asks to have a detention hearing in the Middle District of Florida at Tampa.

<u>Conclusions</u>

It is ORDERED:

(1) Defendant shall be DETAINED WITHOUT BAIL pending his transfer to the

1

Middle District of Florida at Tampa.

(2) The U.S. Marshal shall transport defendant to the Middle District of Florida at Tampa for a hearing on a date to be determined once defendant is in said district.

ENTER.

                                                                                               *s/William B. Mitchell Carter*
                                                                UNITED STATES MAGISTRATE JUDGE